```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carlos Huber Hernandez, on behalf of himself and all other persons similarly situated,

               Plaintiff,

-against-

1268 2nd Ave. LLC d/b/a Serena's Wine Bar and Hasan Senyurt,

               Defendants.

22 Civ. 7037 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 19, 2022, the Court directed the parties to file a joint letter and proposed case management plan by December 18, 2022. ECF No. 5. Those submissions are now overdue. Accordingly, by **January 3, 2023**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: December 20, 2022
       New York, New York

                                             ANALISA TORRES
                                      United States District Judge