

**STEPHEN D. HANS & ASSOCIATES, P.C.**
LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

T: 718.275.6700 • F: 718.275.6704

**NILS C. SHILLITO**
**ASSOCIATE**
Tel: 718.275.6700
nshillito@hansassociates.com

February 17, 2023

*VIA ECF*

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 6B
New York, NY 10007-1312

**MEMORANDUM ENDORSED**

    Re:    <u>Hernandez v. 1268 2nd Ave LLC, et ano.</u>
              <u>Case No. 22-CV-7037 (GWG)</u>

Dear Judge Gorenstein:

      This firm represents the defendants in the above-referenced action. I write jointly with the consent of counsel for the plaintiff to respectfully request an extension of time until March 1, 2023 for the parties to submit their settlement agreement covering plaintiff's wage and hour claims asserted in this action pursuant to the Fair Labor Standards Act and New York Labor Law to the Court for approval pursuant to <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199 (2d Cir. 2015).

      The parties reached a settlement in principle of the plaintiff's claims at the mediation session held on January 24, 2023. Subsequently, Your Honor set a deadline of February 16, 2023 for the parties to submit their settlement agreement and Cheeks approval motion. The parties apologize to Your Honor for failing to abide by the Court's submission deadline, and respectfully request this brief extension of time until March 1st to allow counsel for the parties to finalize the written terms of the parties' settlement agreement and obtain all necessary signatures thereon before submitting the agreement to the Court for approval. This is the first request for such an extension of time. All parties consent to this request. No other deadlines would be affected by granting this request.

Extension to March 1, 2023, granted.

So Ordered.

*/s/ Gabriel W. Gorenstein*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
February 17, 2023

Respectfully Submitted,

/s/Nils C. Shillito

Nils C. Shillito (NS-6755)